# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>KENNETH RADER,<br>    Defendant. | **HEARING MINUTES**   Sealed: No<br>Case No.: 22-MJ-14-KEM<br>Presiding Judge: Kelly K.E. Mahoney, Chief Magistrate Judge<br>Deputy Clerk: jag<br>Official Court Record: FTR Gold    Contract? --<br>Contact Information: -- |

| Date: | 1/20/2022 | Start: | 11:03 a.m. | Adjourn: | 11:22 a.m. | Courtroom: | SC First Floor | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | | Telephonic? | No |

| Appearances: | Plaintiff: | AUSA Shawn Wehde |
|---|---|---|
| | Defendant: | FPD Brad Hansen (defendant appears personally) |
| | U.S. Probation: | Matt Sturdevant |
| | Interpreter: |     Language:     Certified:     Phone: |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** X | **AND/OR** | **ARRAIGNMENT:** | |
|---|---|---|---|---|
| | | Contested? No | Continued from a previous date? | No |

| | |
|---|---|
| Charging District's Documents: | Arrest Warrant and Complaint filing in the District of Columbia filed on 1/11/2022 |
| Was defendant *Mirandized*? | Yes |
| Counsel:    Retained:    or    Appointed: X    FPD/Other: Brad Hansen | |
| Did defendant provide financial affidavit? | No |
| Did the government move for detention? No | Was the defendant detained? No |
| Was a detention hearing set? No | Date: |
| Was a preliminary hearing set? No | Date: |
| **Witness/Exhibit List is** | -- |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | |
| **Miscellaneous:** | Defendant to remain in US Marshals custody until he is interviewed by US Probation. He shall then be released, under certain conditions set by the court, to appear via Zoom on 1/27/2022 at 1:00PM EST before Magistrate Judge G. Michael Harvey of the District of Columbia. Defendant waives his right to an identity hearing and any preliminary hearing in this district. The court finds this is a knowing and voluntary waiver. Orders to follow. |